UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

AHMAD HERRING,

               Plaintiff,

       v.

SOCIAL SECURITY COMMISSIONER,

               Defendant.

Case No.  1:25-cv-01924-RMI

**JUDGMENT**

On March 27, 2026, the court entered an order affirming the decision of the ALJ. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 30, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California